# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARIAH NORTON,

    Plaintiff(s),

v.

1863 PAC, LTD., et al.

    Defendant(s)/
    Third-Party Plaintiff(s),

v.

    Third-Party Defendant(s).

Civil Action No. 3:18-CV-173

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, __1863 PAC, LTD.__ (type of party), who is __Defendant__ (name of party), makes the following disclosure:

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☒ YES     ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: 11/29/18