**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**MARIAH NORTON,**

       Plaintiff,

**v.**                                          **CIVIL ACTION NO.: 3:18-CV-173
(GROH)**

**1863 PAC, LTD., JOHN DOE 1,
JOHN DOE 2 and ABC COMPANY,**

       Defendants.

**ORDER SUBSTITUTING DEFENDANT'S COUNSEL**

Currently before the Court is Defendant 1863 PAC, LTD.'s Motion to Substitute Counsel.  ECF No. 18.  The Court, having reviewed and considered the motion, does hereby **ORDER** that Joseph M. Ward is hereby recognized and shall be counsel of record for Defendant 1863 PAC, LTD.

Accordingly, the Defendant's original counsel, Carol P. Smith, is relieved of any further responsibility regarding the Defendant's representation in this matter.

The Clerk of Court is **DIRECTED** to update the docket sheet to reflect the contents of this Order and to transmit copies to all counsel of record. The Clerk is further **DIRECTED** to remove Ms. Smith from the service list after this Order is transmitted.

       **DATED**: April 1, 2019

                                     GINA M. GROH
                                     CHIEF UNITED STATES DISTRICT JUDGE