**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

MARIAH NORTON
Plaintiff(s),

v.

Civil Action No. 3:18-CV-173

1863 PAC, LTD., et al.,
Defendant(s).

## SCHEDULING ORDER CHECKLIST

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

Upon request

2. MEDIATION          Before -    08/21/2020

3. JOINDER AND AMENDMENTS
                                  08/31/2019

4. EXPERT DISCLOSURE

        a. With Burden      11/1/2019

        b. Without Burden   12/18/2019

5. EXAMINATION/INSPECTIONS
                                  02/25/2020

6. DISCOVERY COMPLETION    03/24/2020

7. DISPOSITIVE MOTIONS      07/17/2020

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

09/07/2020

        a. Objections     10/05/2020


9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

09/07/2020

        a. Objections     10/05/2020

10. MOTIONS IN LIMINE     09/09/2020

        a. Objections     10/07/2020

11. JOINT FINAL PRETRIAL CONFERENCE ORDER

10/16/2020

12. FINAL PRETRIAL CONFERENCE     10/23/2020


13. TRIAL     11/09/2020

      (If non-jury trial, Proposed Findings of Fact
      and Conclusions of Law are to be filed with Court
      and opposing counsel)