# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG DIVISION

**MARIAH NORTON,**

    Plaintiff,

v.                                                 **Case No.: 3:18-CV-173**
                                                                  **Judge Gina M. Groh**

**1863 PAC, LTD., et al.,**

    Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW COME the Plaintiff Mariah Norton, and Defendant 1863 PAC, LTD., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and jointly stipulate to the dismissal of the above-captioned action without prejudice. Each party shall be responsible for its own costs.

                                                          Mariah Norton, Plaintiff
                                                                By Counsel

| **SKINNER LAW FIRM** | **FROST BROWN TODD, LLC** |
|---|---|
| /s/ Stephen G. Skinner | /s/ Joseph M. Ward |
| Stephen G. Skinner (WV Bar No. 6725) | Joseph Ward (WV Bar No. 9733) |
| SKINNER LAW FIRM | FROST BROWN TODD LLC |
| P.O. Box 487 | 500 Virginia Street, East, Suite 1100 |
| Charles Town, WV 25414 | Charleston, WV 25301-3201 |
| 304-725-7029/Fax: 304-725-4082 | 304-345-0111/Fax: 304-345-0115 |
| sskinner@skinnerfirm.com | jward@fbtlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, a copy of **STIPULATION OF DISMISSAL WITHOUT PREJUDICE,** was filed and service via the CM/ECF system, to the following:

Joseph M. Ward, Esquire
FROST BROWN TODD, LLC
500 Virginia Street, East, Suite 1100
Charleston, WV 25301-3207

/s/ Stephen G. Skinner
Stephen G. Skinner
